IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Loving, Rosemary | Case Number: 05 B 01331 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 1/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 26, 2009
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 78,400.00 |  |
| Secured: |  | 71,945.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 4,044.39 |
| Other Funds: |  | 0.00 |
| Totals: | 78,400.00 | 78,400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Litton Loan Servicing | Secured | 52,368.00 | 49,528.20 |
| 3. | Litton Loan Servicing | Secured | 10,455.96 | 10,407.18 |
| 4. | Americredit Financial Ser Inc | Secured | 12,071.54 | 12,010.23 |
| 5. | Monroe & Main | Unsecured | 23.49 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 81.93 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 15.50 | 0.00 |
| 8. | Chrysler Financial Services Americas LLC | Unsecured | 663.41 | 0.00 |
| 9. | Midnight Velvet | Unsecured | 39.20 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 56.50 | 0.00 |
| 11. | Provident Hospital | Unsecured | 261.75 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 105.50 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 112.86 | 0.00 |
| 14. | Americredit Financial Ser Inc | Unsecured | 506.40 | 0.00 |
| 15. | Midwest Verizon Wireless | Unsecured | 540.01 | 0.00 |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Active Credit Service | Unsecured | | No Claim Filed |
| 18. | Acar Premium Finance Co | Unsecured | | No Claim Filed |
| 19. | Alliance One | Unsecured | | No Claim Filed |
| 20. | GC Services Corporation | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Credit Service Division | Unsecured | | No Claim Filed |
| 24. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 25. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 26. | Oak Forest Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Loving, Rosemary | Case Number: 05 B 01331 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 1/17/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Prodigy Communications | Unsecured | | No Claim Filed |
| 28. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 29. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 30. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 31. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 79,712.05 | $ 74,355.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 17.38 |
| 4% | 277.31 |
| 3% | 188.99 |
| 5.5% | 891.01 |
| 5% | 225.00 |
| 4.8% | 518.41 |
| 5.4% | 1,741.49 |
| 6.6% | 184.80 |
| | $ 4,044.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

